**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Andres NARANJO–SANTOS,**
**Defendant–Appellant.**

**No. 06–51134**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 19, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Andres Naranjo–Santos (Naranjo) appeals the sentence imposed following his guilty plea to illegal reentry, in violation of 8 U.S.C. § 1326. He argues that the district court erred in increasing his sentence based on a prior drug-trafficking conviction which was neither pleaded nor proved and that it erred in determining that his prior conviction for simple possession was an aggravated felony.

Naranjo, however, has been released from federal custody and removed from the United States, leaving him subject only

to an undischarged term of supervised release. Because Naranjo has requested relief in the form of resentencing, relief we cannot grant, his appeal is moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 383 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 1216, 170 L.Ed.2d 58 (2008). Accordingly, the appeal is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

